IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 17-cv-01871-RM-SKC

WENDY KOLBE

    Plaintiff,

v.

ENDOCRINE SERVICES, P.C.,

    Defendant.

## VERDICT FORM

We, the jury, upon our oaths, unanimously find and state as follows:

### Claim 1

### Violation of Section 504 of the Rehabilitation Act

1. Did Plaintiff Wendy Kolbe prove by a preponderance of the evidence her claim for violation of Section 504 of the Rehabilitation Act?

      X Yes       ___ No

**If your answer is "Yes"', continue on to Question 2. If your answer is "No", do not answer Question 2. Instead, proceed to Claim 2.**

2. Did Plaintiff Wendy Kolbe, prove by a preponderance of the evidence that Endocrine Services "intentionally discriminated" against her?

      ___ Yes       X No

## Claim 2

## Violation of the Colorado Anti-Discrimination Act

3. Did Plaintiff Wendy Kolbe, prove by a preponderance of the evidence her claim for violation of the Colorado Anti-Discrimination Act?

      X   Yes            ___ No

**If you answered "Yes" to Questions 1 and 2 or to Question 3, proceed to the Damages section below. If you answered "No" to Question 1 or 2 and to Question 3, do not complete the Damages Section. Instead, simply sign and date the verdict form.**

## Damages

4. What amount of damages, if any, does the jury award to Plaintiff Wendy Kolbe to compensate her for damages caused by Endocrine Services' conduct?

$ 20,000 



DATED: March 16, 2022.

2