**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 17-cv-1871-RM-SKC

WENDY KOLBE, and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit organization,

    Plaintiffs,

v.

ENDOCRINE SERVICES, P.C., a Colorado Corporation,

    Defendant.

---

### PLAINTIFF WENDY KOLBE'S ELECTION OF REMEDIES

---

    Plaintiff Wendy Kolbe, by and through undersigned counsel, hereby submits her Election of Remedies, as ordered by this Court from the bench on March 16, 2022. (ECF No. 162.)

    On March 16, 2022, the jury in the above-captioned case returned their verdict in favor of Plaintiff Wendy Kolbe, finding that Defendant violated Section 504 of the Rehabilitation Act, 29 U.S.C. § 794, and the Colorado Anti-Discrimination Act ("CADA"), Colo. Rev. Stat. §§ 24-34-601–605, 801–805. In addition, the jury awarded damages in the amount of $20,000.00 to Ms. Kolbe under the CADA. Under the CADA, a successful plaintiff is entitled to either a statutory fine or monetary damages. Colo. Rev. Stat. § 24-34-802(2)(a). Pursuant to this Court's order, Ms. Kolbe hereby elects the remedy of $20,000.00 awarded by the jury in lieu of the statutory fine.

Respectfully Submitted on March 18, 2022,

s/ Andrew C. Montoya
*Andrew C. Montoya*
Kevin W. Williams
Colorado Cross-Disability Coalition
Civil Rights Legal Program
Empire Park
1385 S. Colorado Blvd., Suite 610-A
Denver, CO 80222
Telephone: (720) 336-1036
Facsimile: (720) 420-1390
Email: amontoya@ccdconline.org
Email: kwilliams@ccdconline.org

*Attorneys For Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Michael R. Waters
Email: mike@lawfirmwkc.com

Damon Douglas Cassens
Email: damon@lawfirmwkc.com

*Attorneys for Defendant*

                                          *s/ Kara Gillon*
                                          Kara Gillon
                                          Colorado Cross-Disability Coalition
                                          Legal Program Assistant