IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01871-RM-SKC

WENDY KOLBE and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit organization,

    Plaintiffs,

v.

ENDOCRINE SERVICES, P.C. a Colorado corporation,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and Findings of Fact, Conclusions of Law, Order of Judgment and Injunction (Doc. 173) entered by Judge Raymond P. Moore on March 31, 2022, and incorporated herein by reference as if fully set forth; and the jury verdict returned on March 16, 2022, it is

ORDERED that judgment is entered in favor of Plaintiff Wendy Kolbe and against Defendant Endocrine Services in the amount of $20,000.   It is

FURTHER ORDERED that judgment is entered in favor of Plaintiffs and against Defendant on all claims for equitable relief under the Americans with Disabilities Act, Section 504 of the Rehabilitation Act of 1973, and the Colorado Anti-Discrimination Act

FURTHER ORDERED that Plaintiffs are awarded costs and shall within 14 days file a bill of costs, in accordance with the procedures under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, which shall be taxed by the Clerk of the Court.   It is

FURTHER ORDERED that Plaintiffs are entitled to attorney fees.

Dated this 31st day of March, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/C. Pearson
      Deputy Clerk