

**Office DEPOT**
**OfficeMax**

LITTLETON - (720) 922-8386
03/04/2022  4:08 PM

EVTVT39UP3UQXX4RER

SALE         2102-3-5732-971983-22.1.3
208243  BDR,ODP,VW,0.5
  5 @ 5.69           28.45
       You Pay       28.45SS
5716283 USB 2.0,16GB,5    44.99SS
  Instant Savings    -20.00
       You Pay       24.99SS
478297  READY INDEX 1-
  5 @ 10.99          54.95
       You Pay       54.95SS
     Subtotal:      108.39
Local Sales and Use T  0.11
  Sales and Use Tax   3.14
Local Sales and Use T  5.21
Local Sales and Use T  1.09
        Total:       117.94
  Rewards Cert 5759:      5.52

      Visa 5285:       112.42

AUTH CODE 08867D
TDS Chip Read
AID A0000000031010   Visa Credit
TVR 8000008000
CVS No Signature Required

----------------------------------------

Please create your online rewards
account at officedepot.com/rewards.
You must complete your account to
claim your rewards and view your
            status.

       Total Savings:
          $20.00
*************************************************
       WE WANT TO HEAR FROM YOU!
     Visit survey.officedepot.com
  and enter the survey code below:
           268N 7N12 R8MR
*************************************************

```
                 Staples
                 Connect
               7350 West Alameda
               Lakewood, CO 80226
                  303-742-0500
Sale

Store: 1461              Register: 1
Date: 3/5/22             Time: 4:37 PM
Transaction: 8734        Cashier: 1962348


Qty   Item              Price     Amount
      2 PKT PORT W/FAST
 1    718103059312       6.29       6.29
      TR STND PERFPAD LT
 1    718103355773      12.49      12.49


                      Subtotal      18.78
               COLORADO 7.5%         1.41

                         Total      20.19
Visa Credit                     USD$20.19
Card No. : XXXXXXXXXXXX5285 [C]
Chip Read
Auth No. : 035820
AID. : A000000000031010



              Staples Connect,
         the working and learning store.
       Discover every tool to take on tomorrow
              including products, services
              and inspiration that help you
                unlock what is possible.

            Shop Smarter. Get Rewarded
           Staples Rewards members get up to
                 5% back in Rewards.
         Exclusions Apply. See an associate for
           full program details or to enroll.

              THANK YOU FOR SHOPPING AT
                   STAPLES CONNECT!
```



```
          oT113479113 11HWX4AWJD7%

                  Customer Copy

                      CUT HERE
```



# Office DEPOT
# OfficeMax

Denver - (303) 323-4578
03/08/2022  3:06 PM

V7VTGAUPX4Q5M4CBR

```
SALE            3362-1-4165-961801-21.11.2
211672  BDR,OD,VW,1",W
  2 @ 8.69                    17.38
       You Pay              17.38SS
445237  10.5X15.375,12        20.59SS
  Instant Savings             -6.18
       You Pay               14.41SS
6810202 PEN,SHARP,RB,B         1.99 SS
       Subtotal:              33.78
       Sales Tax:              2.98
       Total:                 36.76
       Visa 5285:             36.76

AUTH CODE 00872D
TDS Chip Read
AID A0000000031010  Visa Credit
TVR 8000008000
CVS No Signature Required


         Total Savings:
              $6.18
```

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**WE WANT TO HEAR FROM YOU!**
Visit survey.officedepot.com
and enter the survey code below:
**C68P E2NN BYNM**

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx